# UNITED STATES DISTRICT COURT

EASTERN        DISTRICT OF        TEXAS

FURMINATOR, INC.

V.

PETVAC GROUP LLC

**NOTICE**

CASE NUMBER:   2:08-CV- 338(TJW)

TYPE OF CASE:

X  **CIVIL**            **CRIMINAL**

X   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>United States District Court<br>100 E. Houston<br>**MARSHALL, TEXAS 75670** | ROOM NO.<br>Judge T. John Ward's Courtroom |
| --- | --- |
| | DATE AND TIME<br>J**uly 19, 2011 @ 9:30 a.m.** |

TYPE OF PROCEEDING

**HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO STRIKE- Docket No. 68**

   **TAKE NOTICE** that a proceeding in this case has been reset as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO DATE AND TIME |
| --- | --- | --- |
|  |  |  |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

June 1, 2011                                                              Becky Andrews
DATE                                                                      (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

     **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____   _____
                                                                                                        Date

Print Name of Atty. _____

Counsel for _____
                 (Name of Party)

Type of Proceeding: _____
                       (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____