AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FURMINATOR, INC.

V.

PETVAC GROUP LLC

**NOTICE**

CASE NUMBER: 2:08-CV- 338(TJW)

TYPE OF CASE:

X **CIVIL**     **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. Judge T. John Ward's Courtroom |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO STRIKE- Docket No. 68**

X  **TAKE NOTICE** that a proceeding in this case has been reset as indicated below:

| PLACE<br>United States District Court<br>100 E. Houston<br>**MARSHALL, TEXAS 75670** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>July 19, 2011 @ 9:30 a.m. | RESET TO DATE AND TIME<br><br>**July 27, 2011 @ 2:30 p.m.** |
|---|---|---|

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

| June 2, 2011 | Becky Andrews |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

    **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____     _____
                                                                       Date

Print Name of Atty. _____

Counsel for _____
              (Name of Party)

Type of Proceeding: _____
                     (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____