**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FURMINATOR, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:08CV338-JRG |
| | § | |
| PETVAC GROUP LLC | § | |

**Motions Hearing**
**RODNEY GILSTRAP, JUDGE PRESIDING**
**August 7, 2012**

**OPEN: 1:30 pm**                                                                                        **ADJOURN: 2:00 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Kurt Truelove |
| | David Jinkins |
| ATTORNEY FOR DEFENDANTS: | Kent Rowald |
| COURT REPORTER: | Susan Simmons |
| COURTROOM DEPUTY: | Becky Andrews |

Case called.   The parties made announcements.

The Court asked each side to give a brief statement regarding the status of this case.

David Jinkins presented on behalf of Furminator.   The Court questioned Mr. Jinkins.

Kent Rowald responded.   The Court questioned Mr. Rowald.

The Court ordered the parties to not leave the premises until they have met and conferred regarding the issues and to exchange contact information.

Mr. Jinkins responded further.

The Court informed the parties that the matter will be under submission.

2:00 – Court adjourned.